UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE                             +
                                  +         Case No. 20-31766
VICKY LINETTE KING                +
         Debtor                   +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Courtyards at Garden Glen, a creditor in this cause, and requests notice.

Respectfully submitted,

/s/   Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

| | |
|---|---|
| Michael Brock | Sabrina L. McKinney, Trustee |
| P.O. Drawer 311167 | P.O. Box 173 |
| Enterprise, AL 36331 | Montgomery, AL 36101 |

/s/   Larry Darby
Larry E. Darby